

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Marshall Louis Ratliff        3331805
_____

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**   CIVIL ACTION NO. 5:20-CV-00097
*(Number to be assigned by Court)*

Medical Staff Brittany Foster
_____

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II.  **Place of Present Confinement:** SRJ

  A. Is there a prisoner grievance procedure in this institution?

   Yes ✓    No ____

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ____    No ✓

  C. If you answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

  D. If your answer is NO, explain why not: Because Ms. Brittany Foster is the in charge nurse

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff: Marshall Louis Ratliff

   Address: 1200 Airport Rd Beaver, WV 25813

  B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Brittany Foster

is employed as: incharge nurse

at SRJ

D. Additional defendants: _____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I wasn't told to bring my ID card to Pill pass. incharge nurse Brittany Told I marshall Louis Ratliff I need my ID card, or I can't have my pills. I asked Ms. Brittany if I can have my Pills she "said" "NO" so I said Fuck it's Bullshit. I was took off my depacote as well for the same iness. This happend at 9:01pm in A-3

4

IV. **Statement of Claim (continued):**

On 1-19-2020.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask she lose her Job for refousel of my meds I don't know why she wouldn't give them to me!

V.  Relief (continued)):

_____

_____

_____

_____

_____

VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

        _____

        _____

    If not, state your reasons: I don't have money.

        _____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __19__ day of __January__, 20__20__.

_Marshall Lewis Ratliff_
_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Jan 19, 2020__.
　　　　　　　　(Date)

_Marshall Ratliff_
_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7